UNITED STATES of America, Appellant, v. Alvin O. MONSON, Appellee.

No. 8237.

Circuit Court of Appeals, Ninth Circuit.

Aug. 3, 1936.

J. Charles Dennis, U. S. Atty., F. A. Pellegrini, Asst. U. S. Atty., and George R. Stuntz, Atty., Department of Justice, all of Seattle, Wash., and Julius C. Martin, Director, Bureau of War Risk Litigation, of Washington, D. C., for the United States.

Tyre H. Hollander and George E. Flood, both of Seattle, Wash., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

UNITED STATES of America v. Hugh B. MOORMAN.

No. 6884.

Circuit Court of Appeals, Sixth Circuit.

Jan. 13, 1936.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn.

Seth M. Walker, and William Waller, both of Nashville, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to motion of appellant.

UNITED STATES of America, Appellee, v. Morris RENKOFF, Appellant.

No. 464.

Circuit Court of Appeals, Second Circuit.

June 22, 1936.

Edmund Donald Wilson, of New York City, for appellant.

Lamar Hardy, U. S. Atty., Seymour Miller Klein, Asst. U. S. Atty., and Myron S. Isaacs, Sp. Asst. U. S. Atty., all of New York City, for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America v. Samuel N. SHACKELFORD, Administrator of the Estate of Malcomb E. Shackelford, Deceased, and Samuel N. Shackelford, Individually.

No. 6890.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1936.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

George J. Coleman, of Memphis, Tenn., and Joe C. Davis, of Lexington, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that there was no substantial evidence to support the finding of the trial court that appellee's intestate, Malcomb E. Shackelford, became permanently and totally disabled during the life of the insurance policy sued upon, it is ordered and adjudged that the judgment be reversed and the cause remanded for a new trial. U. S. v. Gwin (C.C.A.) 68 F. (2d) 124; U. S. v. Sumner (C.C.A.) 69 F. (2d) 770; U. S. v. Middleton (C.C.A.) 81 F.(2d) 205, decided January 17, 1936.